**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Helen M. Laughner aka Helene M Koppenhaver<br>Debtor(s) | CHAPTER 7 |
| PNC BANK NATIONAL ASSOCIATION<br>Movant<br>vs.<br>Helen M. Laughner aka Helene M Koppenhaver<br>Debtor(s) | NO. 20-01167 HWV |
| Leon P. Haller<br>Trustee | 11 U.S.C. Section 362 |

**CERTIFICATE OF NON-CONCURRENCE**

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorneys for Movant/Applicant